IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MURTAZA ALI, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CIV-14-1174-C |
| JAMES DRAWBRIDGE, et al., | ) ) ) | |
| Defendants. | ) | |

ORDER ADOPTING SIXTH SUPPLEMENTAL
REPORT AND RECOMMENDATION

This civil rights action brought by a former state prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered his Sixth Report and Recommendation on December 22, 2016, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Defendant Robert Denton's Motion for Summary Judgment (Dkt. No. 141) and Defendants Leo Brown and James (Jay) Drawbridge's Motion for Summary Judgment (Dkt. No. 142) are DENIED as to the issue of

exhaustion of administrative remedies and GRANTED as to Plaintiff's remaining claims against them. A judgment will enter accordingly.

IT IS SO ORDERED this 30th day of January, 2017.

/s/ Robin J. Cauthron
ROBIN J. CAUTHRON
United States District Judge